538 U.S. 1006
 LOVEJOY
v.
UNITED STATES;
RODRIGUEZ
v.
UNITED STATES;
HERAS-JIMENEZ
v.
UNITED STATES;
SUAREZ-GARCIA
v.
UNITED STATES;
SIMMS
v.
UNITED STATES; and
CAMBRAY
v.
UNITED STATES.
 No. 02-9571.
 Supreme Court of United States.
 April 28, 2003.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.
 
 
 2
 C. A. 5th Cir. Certiorari denied. Reported below: 54 Fed. Appx. 796 (first and fourth judgments), 797 (third judgment), and 798 (second and fifth judgments); 61 Fed. Appx. 121 (sixth judgment).